2315.  BENNETT & COMPANY *et al. v.* MOORE.

POWELL, J. Some of the testimony authorized a finding that the real complaining party (a married woman) signed the note sued on as surety only. Other testimony indicated that she was an original obligor on the indebtedness. The jury settled this issue of fact against her. No error of law is complained of.          *Judgment affirmed.*

Complaint; from city court of Nashville—Judge Buie. December 3, 1909.

Submitted February 24,—Decided April 6, 1910.

*Levi O'Steen,* for plaintiffs in error.

*Alexander & Gary,* contra.